**Order filed, April 16, 2020.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-20-00173-CV

_____

## IN THE MATTER OF THE ESTATE OF ROBBIE CRISS MCDONALD, Appellant

**On Appeal from the 412th District Court**
**Brazoria County, Texas**
**Trial Court Cause No. 104001-CV**

## ORDER

The reporter's record in this case was due April 15, 2020. *See* Tex. R. App. P. 35.1. The court has not received a request to extend time for filing the record. The record has not been filed with the court. Because the reporter's record has not been filed timely, we issue the following order.

We order Jill Fredricks, the court reporter, to file the record in this appeal **within 15 days** of the date of this order.


PER CURIAM


Panel Consists of Justices Christopher, Wise and Zimmerer.